# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00277-CV

**Juan Enriquez, Appellant**

**v.**

**The University of Texas System Board of Regents, James B. Milliken,
and Dr. Erin Jones, Appellees**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-001835, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on August 24, 2022. On September 6, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 16, 2022, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: September 27. 2022